# Summons

In the matter of John J Comprone, 11 Institute Lane, North Scituate, RI 02857

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - Non SBSE Field Area

Periods Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003

## The Commissioner of Internal Revenue

To John J Comprone

At 11 Institute Lane North Scituate, RI 02857

You are hereby summoned and required to appear before Wendy B. Grove, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003, including but not limited to: statement of wages for the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003, statements regarding interest or dividend income for the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003; employee earnings statements for the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003; records of deposits to bank accounts during the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) Calendar years ended December 31, 2000; December 31, 2001; December 31,2002 & December 31, 2003 (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

380 Westminster Street, Providence, RI 02903 401-525-4186

**Place and time for appearance at:** 380 Westminster Street, Providence, RI 02903

on the 8th day of December, 2004 at 11 o'clock A m.

Issued under authority of the Internal Revenue Code this 27 day of October, 2004

Lisa Mallory
Signature of Issuing Officer

Revenue Officer
Title

Signature of Approving Officer *(if applicable)*

Title

IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

**Original** -- to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 10-27-04 | 10:45 a.m. |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______
3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ______

| Signature | Title |
|---|---|
| Lisa Malony | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ______ Time: ______

Name of Noticee: ______

Address of Noticee (if mailed): ______

**How Notice Was Given**

- ☐ I gave notice by certified or registered mail to the last known address of the noticee.
- ☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).
- ☐ I gave notice by handing it to the noticee.
- ☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.
- ☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |