U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>MISC. 05-0084S |
| DEFENDANT<br>JOHN J. COMPRONE | TYPE OF PROCESS Order to Show Cause Petition to Enforce IRS Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOHN J. COMPRONE

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
11 INSTITUTE LANE, NORTH SCITUATE, RI 02857

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROBIN E. FEDER, ASSISTANT U.S. ATTORNEY
FLEET CENTER, 50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold | Fold

MUST BE SERVED BEFORE 7/22/05
QUESTIONS CAN ALSO BE ADDRESSED TO
IRS REVENUE OFFICER LISA MALONEY @ 525-4186

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | (401) 709-~~5000~~ 5055 | 7/18/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 7/18/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)*<br>JOHN J. COMPRONE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)*<br>11 INSTITUTE LANE<br>N. SCITUATE, R.I. | Date of Service: 7/21/05 — Time: 7:45 am / (pm)<br>Signature of U.S. Marshal or Deputy: C. Moore |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 90.00 | $ 20.25 | | $ 110.25 | | | |

REMARKS:
NO ONE HOME 7/20/05 C. MOORE 20 MILES, 1/2 HR, 0.5 DUSM, 10:50 HRS
7/21/05 C. MOORE 30 MILES (1) HR (1) DUSM 2145 HRS
TOTAL - 50 MILES 1 1/2 HRS (1) DUSM SERVED

[signature] John J. Comprone 7-21-05

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

CN