THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | : | |
| v. | : | CIVIL ACTION NO. MISC. 05-0084S |
| JOHN J. COMPRONE,<br>Respondent | : | |

**NOTICE OF COMPLIANCE**

As of August 3, 2005, Respondent John J. Comprone has provided the requested documents and complied with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance was mailed by regular mail to Respondent, John J. Comprone, 11 Institute Lane, North Scituate, RI 02857on this third day of August, 2005.